# EXHIBIT 1

About    Contact Us    Careers    English    Request a Quote



# About

At Bray, our business is helping our customers with their flow control requirements.

**Bray International, Inc.**

## The High Performance Company

With over 30 years of continued success and global operations in over 40 countries, Bray is one of the premier manufacturers of flow control and automation products and accessories in the world.

## Bray Around the World



About   Contact Us   Careers   English   Request a Quote



## Our Products

Our modular product line of valves, actuators and accessories offer the best compatibility, economy and quality performance in the flow control industry.

View Products →

## Join Our Team

Bray's extensively trained staff is knowledgeable in all aspects of flow control technology and provide personal attention to every customer.

View Careers →



## Certifications

Our performance tested products are in compliance with a variety of global certifications and approvals, including Lloyd's Register, UL, ABS and more.

     

View Certifications →











About
Contact Us
Careers
English
Request a Quote
Bray
Products
Solutions
Company
Resources
Search
Butterfly Valves
Resilient Seated, Lined, High Performance, & Triple Offset butterfly valves engineered for reliable performance in the most demanding applications.

About
Contact Us
Careers
English
Request a Quote
Bray
Products
Solutions
Company
Resources
Search
Ball Valves
Reliable on-off isolation, and modulating control for all industrial applications.

About
Contact Us
Careers
English
Request a Quote
Bray
Products
Solutions
Company
Resources
Search
Knife Gate Valves
Rugged Knife Gate & Slurry Valves

About
Contact Us
Careers
English
Request a Quote
Bray
Products
Solutions
Company
Resources
Search
Control Valves
Maximize process efficiency, capacity, and profitability with Bray control valves. Engineered for precise control and reliable performance in any application.

About
Contact Us
Careers
English
Request a Quote
Bray
Products
Solutions
Company
Resources
Search
Check Valves
Bray check valves, also known as non-return valves, feature a simple yet effective design that prevents the backflow of line media including gases, liquids, & more.

bray.com/valves-actuators-controls/actuators?page=1
Managed bookmarks
NetDocuments
Imported From IE
Help desk ticket
About
Contact Us
Careers
English
Request a Quote
Bray
Products
Solutions
Company
Resources
Search
Actuators
Actuators and Operators for all processes. Electric, Pneumatic, Scotch-Yoke & Manual

About Contact Us Careers English Request a Quote

Bray Products Solutions Company Resources Search

# Butterfly Valves

Resilient Seated, Lined, High Performance, & Triple Offset butterfly valves engineered for reliable performance in the most demanding applications.

## Butterfly Valves

Filters Clear All

Product Type

Industry

Filters: Butterfly Valve

Resilient Seated Butterfly Valve
**Series 3W/3L**

Resilient Seated Butterfly Valve
**Series 30/31**

High Performance Butterfly Valve
**McCannalok**

Triple Offset Butterfly Valve
**Tri Lok**

Resilient Seated Butterfly Valve
**Series 31H**

Resilient Seated Butterfly Valve
**Series 32/33**





Resilient Seated Butterfly Valve
**Series 35/36**

Resilient Seated Butterfly Valve
**Series 36H**

Resilient Seated Butterfly Valve
**Series 20/21**

High Performance Butterfly Valve
**McCannalok Metal Seated**

PTFE Lined Butterfly Valve
**Series 22/23**

Triple Offset Butterfly Valve
**Tri Lok Cryogenic**

1   2   ›

---

**Filters**                    Clear All

Product Type   ▲
Industry       ▲

Filters: Butterfly Valve



Ceramic Lined Butterfly Valve
**Series 39**

High Performance Butterfly Valve
**McCannalok Cryogenic**

High Performance Butterfly Valve
**Series 41R**

Resilient Seated Butterfly Valve
**Series 3A/3AH**

Resilient Seated Butterfly Valve
**Series 35F**

Resilient Seated Butterfly Valve
**Series 31U**



