# EXHIBIT 3





**BALL VALVES** | **BUTTERFLY VALVES** | **AUTOMATION**

Innovative engineered design, development and manufacturing of quality quarter turn valves and automation products that optimize uptime and ensure lower overall cost of ownership



delvalflow.com
1-833-DELVAL1

# WHO WE ARE

Founded in 2006, **DelVal Flow Controls** provides a wide range of superior quality ball valves, butterfly valves, actuators and control accessories by implementing a robust quality management system compliant to ISO 9001-2015 and cultivating a knowledgeable staff. Our products are fully integrated and cater to a wide spectrum of applications including Oil & Gas, Power Generation, Mining, Chemical Process, Marine, Pharmaceutical, Food & Beverage, Water and other industrial markets. Our global network of offices, distributors, channel partners and highly experienced sales and service staff are always ready to meet our customers' most stringent requirements.

# BUTTERFLY VALVES

### Center-LOK® Seat Design in Resilient Seated Butterfly Valves
- Heavy-duty, square grooved design that ensures rigid locking of seat in body preventing seat movement
- Fully rated for dead-end and vacuum service



**Series 51/53**
Large Diameter Resilient Seated
26" to 40" (DN 650 – DN 1000)
150 PSIG (PN 10),  50 PSIG (PN 3.5)



**Series 55**
Double Offset Resilient Seated
3" to 88" (DN 80 – DN 2200)
150 PSIG (PN 10), 230 PSIG (PN 16)



▲
**Series 50/52**
Resilient Seated
2" to 24" (DN 50 – DN 600)
2" to 12"– 175 PSIG (PN12), 230 PSIG (PN 16), 150 PSIG (PN 10), 50 PSIG (PN 3.5)
14" to 24" – 150 PSIG (PN 10), 230 PSIG (PN 16),  50 PSIG (PN 3.5)



**Series 5C/5D**
Split Body Resilient Seated
2" to 24" (DN 50 – DN 600)
150 PSIG (PN 10)



**Series 42/43**
Lined, PTFE / PFA
2" to 24" (DN 50 – DN 600)
150 PSIG (PN 10)



**Series 44-49**
High Performance Double Offset
2" to 48" (DN 50 – DN 1200)
2" to 48" - Class 150;
2" to 24" - Class 300



**Series 4**
Triple Offset
3" to 48" (DN 80 – DN 1200)
3" to 48" - Class 150;
3" to 24" – Class 300 / 600

# BALL VALVES

**ULTRA Seat Material in Ball Valves and High Performance Butterfly Valves**
- Engineered polymer that is rated for max 500°F (260°C) at 285 PSIG for HPBV and 390°F (200°C) at 150 PSIG for Ball Valve
- Excellent for handling aggressive fluids at high temperatures





**Series F**
Oil & Gas Floating Ball Valve
2" to 8" (DN 50 – DN 200)
Class 150 to Class 1500 in full and reduced ports



**Series 7/8**
Trunnion Mounted Ball Valve
Series 7  2" to 14" (DN 50 – DN 350) in Two-Piece Body
Series 8 16" to 24" (DN 400 – DN 600) in Three-Piece Body
Class 150 to Class 1500 in full and reduced ports



**Series 2000**
Seal Welded Valve
1/2" to 2" (DN 15 – DN 50)
2000 PSIG (WOG)

**Series 65-72**
Floating Ball Valve
1/2" to 12" (DN 15 – DN 300)
Class 150 to Class 900 in full and reduced ports

# AUTOMATION

**Universal Insert Design in Pneumatic Actuators**
- Allows direct mounting of DelTorq actuators to most quarter-turn valves
- Eliminates the use of brackets and couplings – saves time and money



**Series 21**
Pneumatic Rack & Pinion



**Series 92/93**
Insert



**Series 2E**
Electric Actuator



**Series 83**
Limit Switch Box



**Series 85**
Solenoid Valve

**Series 87**
Positioner



**Series 25**
Pneumatic Scotch Yoke

# 100% TESTING
# 100% SERIALIZATION



## CERTIFICATES

        



**Manufacturing & Sales – Americas**
**DelVal Flow Controls USA**

6068 Highway 73
Geismar, Louisiana 70734 | USA
T: +1 833-DELVAL1
F: +1 225-744-4328
sales@delvalflow.com

**Manufacturing & Sales – International**
**DelVal Flow Controls Pvt. Ltd.**

Gat No: 25, Kavathe
Post-Javale, Tal. Khandala
Dist. Satara Pin-412801 | India
salesindia@delvalflow.com

**International Projects**
**DelVal Flow Controls USA**

11767 Katy Freeway, Suite 435
Houston, Texas 77079 | USA
T: +1 281-809-3652
projects@delvalflow.com

delvalflow.com

PC.GEN.002.00_01